**Fill in this information to identify the case:**

Debtor 1: Richard Brewer

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: Western District of Wisconsin (Madison)

Case number: 18-11255-CJF

## Official Form 410S2
## Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

Name of creditor: Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America

Court claim no. (if known): 1-1

Last 4 digits of any number you use to identify the debtor's account: 5 1 3 9

Does this notice supplement a prior notice of postpetition fees, expenses, and charges?

☑ No
☐ Yes. Date of the last notice: _____

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. Attorney fees | 7/11/2018 | (3) | $ 150.00 |
| 4. Filing fees and court costs | 5/23/2018 | (4) | $ 285.50 |
| 5. Bankruptcy/Proof of claim fees | | (5) | $ |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. Property inspection fees | | (7) | $ |
| 8. Tax advances (non-escrow) | | (8) | $ |
| 9. Insurance advances (non-escrow) | | (9) | $ |
| 10. Property preservation expenses. Specify: | | (10) | $ |
| 11. Other. Specify: Record Lis Pendens | 5/23/2018 | (11) | $ 35.00 |
| 12. Other. Specify: Foreclosure Posting | 5/23/2018 | (12) | $ 75.00 |
| 13. Other. Specify: Service of Process | 5/23/2018 | (13) | $ 90.00 |
| 14. Other. Specify: Title Search | 5/23/2018 | (14) | $ 225.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2    Notice of Postpetition Mortgage Fees, Expenses, and Charges    page 1

Debtor 1  Richard Brewer
First Name   Middle Name   Last Name

Case number (if known) 18-11255-CJF

### Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.
☑ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

X _____
Signature

Date 7/11/2018

Print: D. Alexander Martin
First Name   Middle Name   Last Name

Title Attorney for Creditor

Company O'Dess and Associates, S.C.

Address 1414 Underwood Avenue, Suite 403
Number   Street
Wauwatosa    WI    53217
City    State    ZIP Code

Contact phone 414-727-1591

Email bknotices@odesslaw.com

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

In re:  
RICHARD BREWER,  
  Debtor.

Chapter 13  
Case No. 18-11255-CJF

## CERTIFICATE OF SERVICE

The undersigned certifies that on this __11__ day of July, 2018, he caused a copy of the Notice of Postpetition Fees, Expenses, and Charges to be served by U.S. mail on Debtor, Richard Brewer, at 5534 West Arroyo Court, Janesville, WI 53545, and by electronic means *via* CM/ECF on Debtor's counsel, Wade M. Pittman, and Mark Harring, Chapter 13 Trustee, and the office of the United States Trustee.

Dated in Wauwatosa, Wisconsin on this __11__ day of July, 2018.

_____  
D. Alexander Martin