**Fill in this information to identify the case:**

Debtor 1 _____

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: _____ District of _____

Case number _____

Official Form 410S1

# Notice of Mortgage Payment Change    12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America

**Court claim no.** (if known): _____

**Last 4 digits** of any number you use to identify the debtor's account:   ____ ____ ____ ____

**Date of payment change:**
Must be at least 21 days after date of this notice    _____

**New total payment:**    $ _____
Principal, interest, and escrow, if any

**Part 1:    Escrow Account Payment Adjustment**

1. **Will there be a change in the debtor's escrow account payment?**

   ❑ No
   ❑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____
   _____

   **Current escrow payment:**  $ _____     **New escrow payment:**  $ _____

**Part 2:    Mortgage Payment Adjustment**

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ❑ No
   ❑ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____
   _____

   **Current interest rate:**    _____%        **New interest rate:**    _____%

   **Current principal and interest payment:** $ _____    **New principal and interest payment:** $ _____

**Part 3:    Other Payment Change**

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ❑ No
   ❑ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   **Current mortgage payment:** $ _____    **New mortgage payment:** $ _____

Official Form 410S1                **Notice of Mortgage Payment Change**                page 1

Debtor 1 _____    Case number (*if known*) _____
   First Name  Middle Name  Last Name

| **Part 4:** | **Sign Here** |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

 ❏ I am the creditor.

 ❏ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ _____ Date _____
 Signature

Print:  _____ Title _____
   First Name   Middle Name   Last Name

Company _____

Address _____
   Number   Street
  _____
   City     State  ZIP Code

Contact phone _____  Email bknotices@odesslaw.com



seterus™
PO Box 1077
Hartford, CT 06143-1077

Business Hours (U.S. Continental Local Time)
Monday-Friday 8 a.m. to 5 p.m.

Phone 866.570.5277

RICHARD O BREWER
DARLENE J BREWER
c/o WADE M. PITTMAN
222 N MIDVALE BLVD STE 16
MADISON WI 53705-5004

L913P

### ESCROW ACCOUNT STATEMENT

| Analysis Date: | 11/29/18 |
|---|---|
| Loan Number: | |

| Current Payment | | New Payment Effective 01/01/19 | |
|---|---|---|---|
| Principal and Interest | $567.85 | Principal and Interest* | $567.85 |
| Escrow | $596.31 | Escrow | $382.48 |
| Total Current Payment | $1,164.16 | Total NEW Payment* | $950.33 |

\* The principal and interest payments reflect the contractual amount due under the note, which can be modified with a mutually agreed upon payment plan. In addition, the new principal and interest payment and the total new payment may not reflect any changes due to interest rate adjustments. You will receive a separate notice for interest rate adjustments.

### NEW MORTGAGE PAYMENT NOTICE AND ESCROW ACCOUNT DISCLOSURE STATEMENT

Seterus, Inc. is the servicer of the above referenced loan. In accordance with federal guidelines, your escrow account is reviewed at least once a year to determine if sufficient funds are available to pay your taxes and/or insurance. Your escrow payment will be a minimum of the total anticipated disbursements divided by the number of scheduled installments due in the next 12 months. This payment will increase if you have a post-petition shortage and/or deficiency. This statement provides a history of actual escrow account activity and a projection of the escrow account activity for the next 12 months.

Our records indicate a petition for Bankruptcy was filed on April 18, 2018. Pursuant to that petition, we have filed a proof of claim with the Bankruptcy court. Any shortage and/or deficiency listed under the Proof of Claim section will be excluded from your future scheduled escrow payment as these amounts will be added to your pre-petition arrearage and collected in your bankruptcy plan payment.

| ANTICIPATED DISBURSEMENTS January 2019 to December 2019 | |
|---|---|
| HAZARD INS | $834.00 |
| COUNTY | $3,755.72 |
| **Total Disbursements** | **$4,589.72** |

| Bankruptcy File Date | April 18, 2018 |
|---|---|
| Pre-Petition Escrow Shortage/Deficiency as of Analysis Date | $2,372.57 |

\*Post Petition Beg Bal = The post-petition portion of the escrow starting balance

\*\*Beginning balance = Starting balance less any unpaid escrow disbursements

The Real Estate Settlement Procedures Act (RESPA) allows us to collect and maintain up to 1/6 of your total disbursements in your escrow account at all times, unless prohibited by state law. This cushion covers any potential increases in your tax and/or insurance disbursements. Cushion selected by servicer: $764.96.

### ESCROW ACCOUNT PROJECTIONS FOR THE NEXT 12 MONTH ESCROW CYCLE
#### Anticipated Activity

| Date | Payments to Escrow | Payments from Escrow | Description | Projected Balance |
|---|---|---|---|---|
| Beginning Balance** | | | | $1,508.00- |
| Post Petition Beg Bal* | | | | $864.57 |
| Surplus Refund | | | | $99.65 |
| 01/01/2019 | 382.48 | 0.00 | | 1,147.40 |
| 02/01/2019 | 382.48 | 0.00 | | 1,529.88 |
| 03/01/2019 | 382.48 | 0.00 | | 1,912.36 |
| 04/01/2019 | 382.48 | 0.00 | | 2,294.84 |
| 05/01/2019 | 382.48 | 0.00 | | 2,677.32 |
| 06/01/2019 | 382.48 | 0.00 | | 3,059.80 |
| 07/01/2019 | 382.48 | 0.00 | | 3,442.28 |
| 08/01/2019 | 382.48 | 0.00 | | 3,824.76 |
| 09/01/2019 | 382.48 | 834.00- | HAZARD INS | 3,373.24 |
| 10/01/2019 | 382.48 | 0.00 | | 3,755.72 |
| 11/01/2019 | 382.48 | 0.00 | | 4,138.20 |
| 12/01/2019 | 382.48 | 3,755.72- | COUNTY | 764.96 |
| **Total** | **$4,589.76** | **$4,589.72-** | | |

Under federal law, your lowest monthly balance in the escrow account should not have exceeded $764.96, or 1/6 of the total anticipated payments from your escrow account. Your lowest escrow balance was $764.96.

The escrow account has a pre-petition shortage and/or deficiency. A deficiency, if applicable, is the amount of negative balance in the escrow account, which can occur when funds that have been paid from the escrow account exceed the funds paid to the escrow account. An escrow shortage occurs when the escrow balance is not enough to pay the estimated items and any additional reserve deposits that need to be paid during the next 12 months. The pre-petition shortage and/or deficiency is accounted for on the proof of claim (POC) and will be collected as part of your pre-petition plan payment.

***Continued on Reverse***
**INTERNET REPRINT**

## ESCROW ACCOUNT HISTORY

This is a statement of actual activity in your escrow account from May 2018 to December 2018. This history compares the projections from your last escrow analysis or initial disclosure and the actual activity in your account. If a prior escrow analysis was not conducted during this historical period, the projected escrow balance will be zero.

### ACTUAL ESCROW ACCOUNT HISTORY

| Date | Payments to Escrow Projected | Payments to Escrow Actual | Payments from Escrow Projected | Payments from Escrow Actual | Description | Escrow Balance Projected | Escrow Balance Actual |
|---|---|---|---|---|---|---|---|
| Beginning Balance | | | | | | $2,374.58 | $7,928.53- |
| 05/01/18 | 430.35 | 0.00* | 51.87- | 51.87- | MORTGAGE INS | 2,753.06 | 7,980.40- |
| 06/01/18 | 430.35 | 596.31* | 51.87- | 51.87- | MORTGAGE INS | 3,131.54 | 7,435.96- |
| 07/01/18 | 430.35 | 596.31* | 51.87- | 51.87- | MORTGAGE INS | 3,510.02 | 6,891.52- |
| 08/01/18 | 430.35 | 0.00* | 51.87- | 51.87- | MORTGAGE INS | 3,888.50 | 6,943.39- |
| 09/01/18 | 430.35 | 596.31* | 51.87- | 51.87- | MORTGAGE INS | 4,266.98 | 6,398.95- |
| 09/01/18 | 0.00 | 0.00 | 786.00- | 834.00-* | HAZARD INS | 3,480.98 | 7,232.95- |
| 10/01/18 | 430.35 | 596.31* | 51.87- | 51.87- | MORTGAGE INS | 3,859.46 | 6,688.51- |
| 11/01/18 | 430.35 | 8,557.75* | 51.87- | 51.87- | MORTGAGE INS | 4,237.94 | 1,817.37 |
| 12/01/18 | 430.35 | 0.00 | 51.87- | 0.00* | MORTGAGE INS | 4,616.42 | 1,817.37 |
| 12/01/18 | 0.00 | 0.00 | 3,755.72- | 0.00* | TOWN | 860.70 | 1,817.37 |
| 12/01/18 | 0.00 | 0.00 | 0.00 | 0.00* | COUNTY | 860.70 | 1,817.37 |
| **Total** | **$3,442.80** | **$10,942.99** | **$4,956.68-** | **$1,197.09-** | | | |

* indicates a difference from a previous estimate either in the date or the amount.
** indicates escrow payment made during a period where the loan was paid ahead.

**NOTE** – This analysis was prepared in advance of the escrow payment change date. Therefore, the projected beginning balance for the next 12 months estimates that you have paid all the required scheduled installments as shown in your actual account history and that all scheduled disbursements have been made from your escrow account.

### IMPORTANT DISCLOSURES

**COLORADO:** Seterus, Inc. maintains a local office at 355 Union Boulevard, Suite 250, Lakewood, CO 80228, 888.738.5576. **NEW YORK CITY:** 1411662, 1411665, 1411669. **OREGON:** Residential mortgage loan servicers are regulated by the Oregon Division of Financial Regulation. To file a complaint, call 866.814.9710 or visit http://dfr.oregon.gov. **TEXAS COLLATERAL ONLY:** COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR, SUITE 201, AUSTIN, TX 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 877.276 5550. A complaint form and instructions may be downloaded and printed from the Department's website located at www.sml.texas.gov or obtained from the department upon request by mail at the address above, by telephone at its toll-free consumer hotline listed above, or by email at smlinfo@sml.texas.gov.

THIS COMMUNICATION IS FROM A DEBT COLLECTOR AS WE SOMETIMES ACT AS A DEBT COLLECTOR. WE ARE ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. HOWEVER, IF YOU ARE IN BANKRUPTCY OR RECEIVED A BANKRUPTCY DISCHARGE OF THIS DEBT, THIS LETTER IS NOT AN ATTEMPT TO COLLECT THE DEBT. THIS NOTICE IS BEING FURNISHED FOR YOUR INFORMATION AND TO COMPLY WITH APPLICABLE LAWS AND REGULATIONS. IF YOU RECEIVE OR HAVE RECEIVED A DISCHARGE OF THIS DEBT THAT IS NOT REAFFIRMED IN A BANKRUPTCY PROCEEDING, YOU WILL NOT BE PERSONALLY RESPONSIBLE FOR THE DEBT. SEE **IMPORTANT DISCLOSURES** IN THIS LETTER.

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
MADISON DIVISION

---

In re:  
RICHARD BREWER,  
    Debtor.

Chapter 13  
Case No. 18-11255-cjf

---

## CERTIFICATE OF SERVICE

The undersigned certifies that on December 7, 2018, he caused a copy of the Notice of Mortgage Payment Change to be served by U.S. mail on debtor, Richard Brewer, 5534 West Arroyo Court, Janesville, Wisconsin 53545; and, on the same date by electronic means *via* CM/ECF on debtor's counsel, Wade M. Pittman, and the chapter 13 trustee, Mark Harring, and the office of the United States Trustee.

Dated in Wauwatosa, Wisconsin on December 7, 2018.

        O'DESS AND ASSOCIATES, S.C.  
        Attorneys for Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America

        By:   D. Alexander Martin  
                State Bar No. 1046591

**O'Dess and Associates, S.C., is attempting to collect a debt and any information obtained will be used for that purpose.**

If you have previously received a Chapter 7 Discharge in Bankruptcy, this correspondence should not be construed as an attempt to collect a debt.